1  James F. Lewin (SBN 140268)
2  Renee M. Parker (SBN 256851)
   THE MORTGAGE LAW FIRM, PLC
3  27455 Tierra Alta Way, Suite B
   Temecula, California 92590
4  Telephone: (619) 465-8200
   Facsimile: (951) 308-0055
5  renee.parker@mtglawfirm.com
   TMLF File No. 137989
6

7  Attorneys for Objecting Creditor, U.S. Bank National Association, as Indenture Trustee on behalf of
   and with respect to Ajax Mortgage Loan Trust 2016-A, Mortgage-Backed Notes, Series 2016-A
8
                       UNITED STATES BANKRUPTCY COURT
9
                       SOUTHERN DISTRICT OF CALIFORNIA
10

| 11 | In re: | Case No. 17-06806-LA13 |
|---|---|---|
| 12 | ROSALVA MENDOZA, | |
| 13 | aka ROSALBA MENDOZA, | Judge: Hon. Louise DeCarl Adler |
| 14 | Debtor. | R.S. No: None |
| 15 | | **STATUS REPORT** |
| 16 | | Hearing Date: March 7, 2018 |
| 17 | | Hearing Time: 10:00 a.m. |
|    | | Courtroom: 118, Department 2 |
| 18 | | Location: 325 West "F" Street |
| 19 | | San Diego, CA 92101 |
| 20 | | Subject Property Address: |
|    | | 3536 - 3540 CURLEW STREET |
| 21 | | SAN DIEGO, CA 92103 |
| 22 | | |

23      U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF
24  AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2016-A, MORTGAGE-BACKED
25  NOTES, SERIES 2016-A ("Creditor"), will and hereby files this Status Report as to Creditor's
26  Objection to Amended Plan on February 13, 2018 as Docket No. 43 ("Objection") and as to the real
27  property located at 3536 - 3540 CURLEW STREET, SAN DIEGO, CA 92103 ("Property").
28

## I. FACTUAL AND PROCEDURAL SUMMARY

1. Counsel for Creditor and Debtor met and conferred regarding the issues raised in Creditor's Objection, and stipulated to plan treatment in resolution of Creditor's Objection.

2. The Stipulation on Plan Treatment re: Real Property Located at 3536-3540 Curlew Street, San Diego, CA 92103 was filed February 26, 2018 as Docket No. 46 ("Stipulation"). More specifically, the Stipulation contained, in part, the following agreements:

    a. To allow the Stipulation to act as a pre-confirmation modification to the Amended Plan in order to provide for Creditor's pre-petition arrears, as stated on its proof of claim, if timely filed; otherwise if a proof of claim is not timely filed, the amount stated in the Stipulation, $12,453.23, shall be the stated arrears to be paid through the confirmed plan;

    b. Payment of Creditor's pre-petition arrears to Creditor through the Chapter 13 Trustee; the monthly cure payment to Creditor shall be $207.55 per month for 60 months;

    c. Debtor shall tender the post-petition payment directly to Creditor in accordance with the terms and conditions of the Stipulation.

3. An order granting the stipulation, but not making any decision on potential or existing 11 U.S.C. § 109(e) issues, was uploaded via the Court's Order Upload system on February 26, 2018.

4. The proposed order on the Stipulation will withdraw Creditor's Objection and waive Creditor's appearance at the March 7, 2018 confirmation hearing. Creditor respectfully requests that the Stipulation be granted and that its appearance at the hearing is waived.

DATED: February 26, 2018        THE MORTGAGE LAW FIRM, PLC

                                      BY: /s/ Renee M. Parker
                                             Renee M. Parker, Esq,
                                           Attorneys for Creditor, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2016-A, Mortgage-Backed Notes, Series 2016-A

2
STATUS REPORT