TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:   ROSALVA MENDOZA
Number:   17-06806-LA13

Hearing:   10:00 AM   Wednesday, March 7, 2018

Motion:   OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE. FILED BY DAVID L. SKELTON

**MATTER CONTINUED TO APR. 18, 2018 at 10:00 a.m.** to permit debtor to respond to TE's objection to amended Ch. 13 plan.   Objection filed 2/26/18; debtor has 14 days to file Opposition or other response.

Appearances excused at today's hearing.   Case status reports will be required 1 week in advance of continued hearing [LBR 3015-6]