# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ROSALVA MENDOZA |
| **Case Number:** | 17-06806-LA13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 07, 2018 10:00 AM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE. FILED BY DAVID L. SKELTON

### Appearances:

Appearances excused

### Disposition:

Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused.